**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

FILED
IN OPEN COURT

SEP 2 6 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN RE:                                    )          **UNDER SEAL**
                                          )
**GRAND JURY PROCEEDINGS**                )          **CASE NO.: 2:24cr 111**

### MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Jessica D. Aber, United States

Attorney for the Eastern District of Virginia, Matthew Heck, Assistant United States Attorney,

pursuant to Local Criminal Rule 49(B) moves to seal the indictment and arrest warrant in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant, which could

result in flight from prosecution, the destruction of or tampering with evidence, the intimidation

of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the

investigation. Another procedure will not adequately protect the needs of law enforcement at this

time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate

prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also,*

*Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the indictment and arrest warrant remain under seal until

the arrest of the defendant, at which time the indictment may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the indictment be provided

to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the

sealed arrest warrant be made available to agents of the Department of Defense, Office of the
Inspector General (DOD-OIG) for execution.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:

Matthew J. Heck
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number – 757-441-6331
Facsimile Number – 757-441-6689
E-Mail Address – matthew.heck@usdoj.gov