AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia


COPY
SEALED

| United States of America | ) |
| v. | ) |
| | ) |
| MICHAEL HENRY | ) Case No. 2:24cr111 |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court<br>Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, Virginia 23510 | Courtroom No.: Magistrate Courtroom #2 |
| | Date and Time: 10/17/2024 9:00 am |

This offense is briefly described as follows:

T.18:208(a) - Acts Affecting a Personal Financial Interest


Date: 09/26/2024

_Issuing officer's signature_

Douglas E. Miller, U.S. Magistrate Judge
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_