IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:24CR111 |
| v. | ) |
| | ) |
| MICHAEL HENRY, | ) |
| | ) |
| Defendant | ) |

## ORDER

Upon the motion of the Government, by and through its counsel, it is hereby, ORDERED that the above-captioned Indictment be UNSEALED.

/s/
Douglas E. Miller
United States Magistrate Judge

_____
United States Magistrate Judge

Date: 11/7/24
at Norfolk, Virginia

I ask for this:

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Matthew J. Heck
Assistant United States Attorney