# IN THE UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) <br> ) |
| **MICHAEL HENRY,** | ) Case No. 2:24-cr-111 <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Bosse of Baughman Kroup Bosse PLLC hereby appears as attorney of record for Michael Henry in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: Norfolk, Virginia
        November 12, 2024

BAUGHMAN KROUP BOSSE PLLC

By: /s/ Andrew Bosse

Andrew Bosse
VSB No. 98616
500 E. Main St. – Suite 1400
Norfolk, VA 23510
(757) 916-5771
abosse@bkbfirm.com

*Attorneys for Michael Henry*

## CERTIFICATE OF SERVICE

      I certify that on November 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      /s/ Andrew Bosse
Andrew Bosse
VSB No. 98616
500 E. Main St. – Suite 1400
Norfolk, VA 23510
(757) 916-5771
abosse@bkbfirm.com