**COURTROOM MINUTES OF CRIMINAL PROCEEDINGS**
**NORFOLK DIVISION**

**<u>GUILTY PLEA</u>**　　　　　　　　　　　　　　　　　Date: <u>January 8, 2025</u>

Time Set: <u>2:30 p.m.</u>　　　　　　　　　Presiding Judge: <u>Raymond A. Jackson</u>

Started: <u>2:30 p.m.</u>　　　　　　　　　Court Reporter: <u>Carol Naughton</u>

Ended: <u>3:00 p.m.</u>　　　　　　　　　U.S. Attorney: <u>Matthew Heck</u>

　　　　　　　　　　　　　　　　　Defense Counsel: <u>Andrew Bosse</u>

Cr. No. <u>2:24cr111</u>　　　　　　　　　Courtroom Deputy: <u>B. Peters</u>

Defendant: <u>Michael Henry</u>　　　　　　　__ **In Custody**　_X_ **On Bond**

|   |   |
|---|---|
| | Interpreter sworn. Name: |
| X | Plea Agreement Hearing. |
| X | Defendant sworn. |
| X | Court fully advised defendant re proceedings and his rights. Defendant acknowledged he understood. |
| X | Defendant satisfied with services and effectiveness of counsel. |
| X | Court explained charge. |
| X | Court explained maximum penalty. |
| X | Court inquired re: plea offers. |
| X | Court inquired re: voluntariness of plea. |
| X | Court inquired re: threats or promises. |
| X | Court explained that by pleading guilty, defendant waived his right to appeal. |
| X | Plea agreement reviewed and filed. |
| X | Court explained to defendant that by pleading guilty he waived jury trial. |
| X | Statement of Facts executed, entered & filed in open court. |
| | Consent Order of Forfeiture executed, entered & filed. |
| X | Plea of guilty to <u>Count One of the Indictment</u> accepted by the Court. |
| X | Court finds defendant guilty as charged in <u>Count One</u>. |
| X | Policy re: procedures in guideline sentencing furnished to defendant. |
| X | Continued for pre-sentence report. |
| X | Set for disposition on <u>May 8, 2024, at 11:30 a.m. in Norfolk</u>. |
| X | Sentencing Procedures Order executed, entered & filed in open court. |
| X | Defendant's bond amended to $40,000 unsecured; all previous conditions remain in effect. |
| | Remaining counts to be dismissed at a later time. |
| | Defendant remanded to custody of U.S. Marshal. |