# EXHIBIT A

Dear Judge Jackson,

I am Ana Henry, mother of Michael L Henry. I am so fortunate and blessed to have Michael as my son. He was an easy child to raise, very obedient and helpful in our family. I have seen him grow up into an upstanding man of the finest character. Knowing him, I am very surprised and saddened by this unfortunate situation.

As a boy he had jobs at home, in the neighborhood and at church. He attended Christian schools and their youth groups. He has always walked with God and shares his faith with many. He is very knowledgeable of the Bible and has led many Bible groups many of which I attend. As a boy and adult he continuous to be a true inspiration to me and has led me closer to God. He has the light of Christ shining from within. While attending the University of CA at Davis he joined the ROTC program. Since childhood his wish was to be a soldier. His dream was to serve his country with valor and honor as his father and grandfathers did. Michael had a very distinguished career in the Army .He participated in about 13 tours in Iraq and Afghanistan. He was awarded various medals for his bravery and valor. His superior officers thought very highly of him. He saw many soldier friends die in his arms and he helped their families deal with their tragic loss. I have met many of my sons army friends. They are the best moral and upright friends anyone could have. They all share a special bond of friendship , morality, fellowship, loyalty and care. They are always there for each other. It reminds me of the bible verse John 15:13: "Greater love has no one than to lay down one's life for ones friends". I couldn't be more proud of my son. I am blessed that with Gods protection he came back to us although there was a heavy price to pay being away from his family and the many injuries he suffered. One of them is TBI which still affects him. Despite the hardships of his tours Michael states he would do it all over again as he truly loves his country. He retired honorably as an Army Colonel. He was encouraged by his superior officers to put in for general but this path wasn't of his choosing.

My husband and I moved to Michael's neighborhood in VA Beach to be near him as we are getting on in years .Michael tireless always helps us as we are elderly. Additionally our daughter moved here to the same neighborhood to be near her brother. She is a single Mom with an afflicted son. Michael helps her constantly and is a mentor to her son as a father figure as his biological father is far away. He always invites us for the holiday dinners and other special occasions. Now that I'm in my eighties I find my son an increasing comfort and help with the health problems of my age. Additionally , he is very close to our extended family helping his aunts and cousins. He is of particular assistance to his elderly seriously affected and institutionalized aunt. He communicates and visits her regularly. He is a very kind man.

I humbly ask you to be lenient with my son's probation and sentencing. Michael is a righteous, trustworthy person in our society. Addionally please take into consideration that presently he has new health problems.

I believe wholeheartedly Michael will not be in this unfortunate situation again. He is very humbled by this .I know he will comply faithfully and with a good heart with the courts orders.

v/r

Ana M Henry

Ana M. Henry

16 March 2025

Dear Judge Jackson,

Permit me to introduce myself; I am Michael C. Henry, former USMC Officer [1965-1972], retired FBI Special Agent [1972-1997], former Security Systems Engineer [Cryptology] [1997-2015], and now fully retired. More importantly I am the father of Michael L. Henry who will appear before your Court for sentencing.

I am writing to give you a more complete, balanced knowledge of my son in the hope that this will give you additional reason for leniency in sentencing.

His report to me of his current situation came as a complete surprise and shock as it was so starkly different from all of his preceding life. As a boy he was an excellent student and athlete at a Christian prep school. At the University [University of Cal. Davis] he was excellent student and an Honor cadet in the Army ROTC. After commissioning he served for 30 years with great distinction in the most elite units in the US Army [Airborne, the Ranger Regiment, the Special Operations Unit "Delta"]. He retired with the rank of Colonel. His 30 years of service involved a dozen or more combat tours and special missions in the Mid East, Africa and Afghanistan. His personal awards include 5 Bronze Stars with 'v" for Valor.

His service to his country did not come without a cost to him. As a result of much close combat experience and a continuous high tempo of operations over much of his adult life he has been diagnosed with Post Traumatic Stress Disorder [PTSD]. As a result of many close explosive blast injuries from hostile explosive devices he has been diagnosed with Traumatic Brain Injury [TBI]. These wounds, while not immediately visible, are very real, incurable and progressively degenerative. They impact his life on a daily basis. I have already noticed indications of short term memory issues, high levels of stress and abnormal sleep patterns. I believe that all of the above impacts his decision making processes and were significant contributing factors in the unwise decisions he made that led to his appearance before you.

Despite his wounds, my son is very zealous in trying to do Christian service to his family and his community. He is very active in his Bible study group. He is a very religious man and a genuine Bible scholar. He is a leader in and spends much time and effort in an organization that mentors Special Operations veterans leaving the service and integrating back into the civilian world. My wife and I [both in our 80s now] moved from N. Virginia several years ago to be near our son. [We all live around Lake Christopher] My wife has several health issues and our son's assistance to us in dealing with those issues and other matters we no longer handle as well as we once did is invaluable. His sister [Lauren] also moved from Florida to Lake Christopher to be near him. She is a divorced single mom with a teenage boy who has special needs. She works full time. He helps her with the many things she cannot or does not have the time to do well. Her son, our grandson, looks up to "Uncle Mike" as a role model and father figure.

I finish by saying my son is a very good man who erred but deserves a second chance. A chance to continue the otherwise good life he has led serving God, his country, his family, and his community. I encourage you to give him this chance by showing leniency in sentencing.

v/r

Michael C. Henry

Michael C. Henry
[redacted]
Virginia Beach, Virginia [redacted]

3/25/2025

Dear Judge Jackson,

My name is Lauren Lerner, and I am a Registered Nurse in the State of Virginia. I am writing on behalf of my brother Michael Henry.

I understand my brother is going before you for sentencing in his case. I respectfully ask you please consider his contributions and dedication to his loved ones when making your decision. As his younger sister, I know my brother better than anyone since I have witnessed first-hand his character. He truly has a "love language" of service that provides essential care for me, my son, and my elderly parents on a routine basis

My brother, mom and dad and I all live in the same neighborhood within walking distance. I moved here from Florida to be near him for family support after my divorce in 2018. My son Zachary was 6. My son's father stayed in Florida, and unfortunately only sees him for a couple weeks annually. Since Zachary does not have his dad around it is my brother who serves as his daily father-figure and role model, which is important for a 14-year-old. He takes Zachary to the bus stop, watches him, my two dogs and my cat when I must work or travel, helps him in an exercise regime so Zachary feels more confident in soccer, and feeds the family at least once a week (including my parents who are in their eighties). Another important factor is he is a character / spiritual role model for my son. On April 2nd my brother is coming with us to the high school interview at Atlantic Shores Christian School. My brother is going to provide financial support for Zachary's first year at this private school. He is willing to pay for Zachary to leave public school at the IB Academy at Princess Anne and go to a private Christian school. We are fortunate to have several amazing high school opportunities for Zach! Recently my brother used his own school upbringing experience to explain to Zach that this type of environment taught him to be a good man of faith and integrity and helped him with his past and current contributions to society. I witnessed this growing up, and I saw it led him into a great life of service for his country, family and community. My brother is trying to lay a more solid foundation for Zachs future that meet our family values. In the unfortunate event that I died, I have asked and lined up that my brother raise my son or at least be next in line if his own father could not.

Here are some more examples of what I see Michael provide for our elderly parents, the immediate and extended family, friends and neighbors. He does chores, drives them to places, feeds them, and helps with medical situations etc. He does things around the house, takes our things to the dump, moves furniture, and organizes my garage and finances/taxes etc. He hosts us and family from out of town at his house constantly. He helps everyone I know with advice of many types and leads several of us in a yearlong

Bible study course. He helps all our extended family on both sides of my mom and dad's side, my close friends, and my boyfriend in person and via several group chats. He is the glue that keeps the family close. He is the main source of family help, advice, reunions, celebrations and communications.

Growing up with Michael and knowing him as well as I do, I can promise he is a man of responsibility and positive change. Despite the circumstances, he has the ability to learn and grow from this type of experience. My family truly would not be able to get along without Michael's presence. Please show grace in sentencing my brother and I know he will abide by whatever ruling you determine. Thank you for your time and consideration. If you need further information, please do not hesitate to contact me.

Respectfully,

Lauren Lerner

3.27.2025

Your honor, Judge Jackson

My name is Stanley A. Kopiczak, I am a retired Navy Command Master Chief (proudly serving our country for 32 years) ten of which were serving as the Senior Enlisted Advisor in four Commands including a Major Staff Command and my last tour at the Flag Level at US Fleet Forces Command. I currently reside in Lothian, MD. However, I spend 45 to 50% of my time in Virginia Beach.

I have had the privilege of knowing Michael Henry for about 2 1/2 years. I have been dating his sister Lauren who lives in Virginia Beach. Over this time, I have gotten to personally know Michael very well as he and his family are extremely close and I have spent quite a significant amount of time together during family, holiday gatherings and numerous Bible studies he has coordinated for his family and friends.

I understand the seriousness of this matter and that Michael is going to be before you for sentencing in his case. Personally, knowing Michael, I can only find this situation to be a complete aberration. I feel my experiences as a Command Master Chief have allowed me to be able to characterize people extremely well. From the first time I have met Michael I felt he is a man of true integrity and compassion for family, a loving father to his daughter whom I have interacted with over the years, a caring son, brother, and true friend. I also see him as a God fearing and loving Christian man.

My observation of Michael, I have seen him as the family "GO TO MAN," always willing to take care of or help family and friends in any way he can. I constantly see him taking care of his elderly parents (both in their 80's) on a regular basis, helping them with many routine things in life, whether it is helping them around their house, driving them to appointments, grocery shopping or having them over for dinner so they don't have to cook. I have observed him assisting his mom through bouts of depression and anxiety. I have seen him on a regular basis helping his sister with watching her son Zachery for a few hours to over a week so she can travel out of town, as well as pick up or drop Zach off for school when she is working. Additionally, he is willing to watch her pet dogs and cat. Michael has also offered to help his sister financially with private school tuition if she decides to send her son Zach to Atlantic Shores Christian School for his High School years. He also hosts out-of-town family members at his house when they come to visit. Additionally, he has personally helped with my spiritual needs and counseled me on making smarter financial investments.

Although I am not yet a family member, it is extremely compelling that Michael remains on probation and not sentenced to jail time. As mentioned above Michael is an essential giver or caretaker for his parents and provides many supporting needs for his

family as a whole. I personally do not know how his family, particularly his mother, would manage without him being around to provide care and assistance on a routine basis.

Your Honor I recognize the gravity of this matter and knowing the type of man Michael Henry is, I can assure you this type of mistake will never happen again. I ask that you give Michael a second chance and I know he will do anything the court asks of him.

Sincerely,

Stanley A. Kopiczak

Dear Judge Jackson,

My name is Thomas Fusco and I am a retired Army Special Operations Communicator with over 20+ years of service. I am writing this letter to provide my unwavering endorsement for Michael "Mike" Henry. I have known Mike for more than a decade and can attest to his moral character, relentless work ethic, and dedication to our nation.

Throughout our acquaintance, Mike has consistently exhibited a strong sense of responsibility, integrity, and acted as a servant leader. These attributes have actively contributed to his tireless pursuit of new technologies to improve our nation's warfighting capabilities and saving lives. In one specific example, Mike played a key role in developing a revolutionary handheld tactical radio that has reduced fratricide and improved tactical situation awareness across the Department of Defense. This critical capability would not have happened without Mike's leadership and technical expertise.

I have also personally witnessed Mike's impact on improving the lives of our service members. Mike has selflessly provided counseling, transition assistance, and mentorship for our warfighters during their military career and in transitioning to civilian life. Whether through direct assistance or simply offering a listening ear, Mike has demonstrated a profound commitment to those who have served our country. One of the soldiers he personally helped was my own son, who is now a medically retired Green Beret.

Michael Henry has dedicated his life to making our communities and nation a better place. I respectfully request you show leniency in his sentencing.

Thank you for considering my endorsement.

Sincerely,

Thomas P. Fusco

6405 98th Avenue North

Pinellas Park, FL 33782

fuscotom@gmail.com

Cell: 813.417.7187

Dear Judge Jackson,

My name is Manuel Ibarra. As a retired Army Special Operations Communicator with 23+ years of service, I have had the privilege of working with some of the most exceptional individuals in the Special Operations community. Among them, Michael Henry clearly stands out as one of the best. Having worked directly with Michael on a daily basis for over 16 years, I can attest to his unmatched expertise, character, and professionalism.

Michael is highly regarded in the Special Operations community for his innovative thinking, meticulous planning, and ability to solve complex problems under pressure. He is considered to be one of the most brilliant communications planner of our generation. His reputation as a leader and subject matter expert is well-earned, and his contributions have significantly advanced communication strategies during his multiple combat tours in Iraq and Afghanistan.

On a personal level, Michael has been a trusted friend and mentor to me. His guidance, wisdom, and unwavering support have been invaluable throughout my career and personal development. Furthermore, Michael is a morally sound individual whose actions consistently reflect integrity, fairness, and a steadfast commitment to doing what is right. Michael has selflessly dedicated his time and energy to supporting countless individuals over the years, consistently going above and beyond to make a positive impact on their lives.

I firmly believe that Michael is a person of outstanding moral character and a tremendous asset to his community. I wholeheartedly vouch for him and am confident in his character and integrity. Should you require additional information or have any questions, please do not hesitate to contact me.

Very Respectfully,

Manuel Ibarra

[redacted]

Newport News, Virginia [redacted]

[redacted]

Dear Judge Jackson,

My name is Francis A. Hunt Jr, I'm a retired Navy Captain and I know Mike from my days in the Navy and as both a co-worker and as the highest-performing person I ever supervised at US Joint Forces Command and on the Joint Staff.

I've known Mike for 23 years and four months. I met him when he was Major Henry and we were both part of the Joint Force Headquarters for Home Land Security that was stood up in November of 2001 after the 9/11/2001 terrorist attack. Mike was a Ranger but couldn't deploy to combat in Afghanistan because wasn't cleared medically yet from Desert Storm respiratory issues, but he was key in building out a command and control architecture that was so good portions of it still support overseas operations from here in Norfolk.

Once cleared medically, Mike was deploying regularly to Afghanistan and Iraq as a Lt Col in the Rangers. We did not work together again until he came off active-duty orders as the 75th Ranger Regiment G6 (chief of all communications, computers, and command and control systems). At that point he was selected for full Colonel, and became part of the Joint Staff Joint Reserve Unit (weekend drills short duration exercises) and was also a civil service Operations Research/Systems Analyst where he supported inter-service (Joint) and international/coalition interoperability and integration.

We were both part of what was called the Tactical Integration Branch and our mission was to find solutions for issues that were costing American and Coalition Partner lives when communications failed or where essential information could not be shared or got corrupted. While some people would hide in their cubes or offices, Mike was willing to go wherever and whenever needed because he personally understood and witnessed the consequences of bad tactical data, bombs and missiles hitting the wrong spots, or reinforcements that didn't arrive.

As the Technical Director of an effort to field a new system that securely linked tactical data from the terminal attack controllers on the ground to the close air support aircraft overhead, he squeezed a 7-year timeline down to 2.5 years without skipping a step. The increase in operational effectiveness is still classified, but the effect of exact data traveling as radio waves and eliminating inaccuracies from verbally transmitted and hand-written targeting information was a quantum gain.

Mike's unmatched love of country I hope is obvious from what I have already related, but it's also universal. Mike is culturally agnostic and will do whatever it takes to help any friend or would-be friend of the United States be effective, stay alive, and return home to their loved ones. I am very selfishly hoping that Mike will have some freedom of movement and ability to contribute, because his skill and knowledge in tying together command and control, intelligence, and tactical data systems is greatly needed in Philippines. I've never seen anyone

else build a complex comm architecture on a white board that everyone in the room can follow. This ability I have always found to be amazing and illuminating.

I understand that Mike will appear before you for sentencing. Mike's strength of character is unique in my life experience. His personal values, and his willingness to lay whatever had to be laid on the line for what he understood to be right, makes me think that this is some kind of anomaly or irregular situation.

I cannot imagine this happening, and the way I know Mike, it will never happen again. He made a mistake, he realizes it, and I am fervently praying you will give him a second chance. Mike absolutely knows how to follow orders. He will do anything the court asks of him.

Very respectfully,

FRANCIS A HUNT JR
CAPTAIN, USNR Ret.
[redacted] [redacted]
Chesapeake VA [redacted]

7 March 2025

Dear Judge Jackson,

Trust all is well. My name is Colonel Bernard Brogan and I am an All American Soldier. I have known Mr. Michael "Mike" Henry for over ten years as we initially met at Fort Bragg, North Carolina. He is an absolute awesome father, husband, leader, veteran communications professional, and a God-fearing friend.

Thanks to Mike's sacrifices to our nation, his leadership experiences enabling data communications is a vital talent needed to help our Army in future Wars. Mike possesses unique talents our nation needs as there are very limited data and communications professionals who truly understand the importance of enabling our nation's War Fighters with reliable communications for combat.

In my observations, Mike's dedication to duty helped our Army and Joint community improve critical capabilities needed for training, missions and combat. His sacrifices are astounding as he always focused on the need of our nation's Soldiers and Leaders successfully surviving in any degraded or denied environment globally. During my time serving as the senior communications officer (G6) in the 82nd Airborne Division, Mike's impeccable guidance and mentorship was monumental in building readiness as the Army's premier fighting force in the world.

It is my understanding that Mike is going to stand before you for sentencing in his case. Please know that Mike's situation here was a complete aberration. In my experience, Mike is a person of great faith, character, and integrity. As a leader, he always inspired confidence with Commanders and Soldiers who require no-fail communications guidance and capabilities to protect/defend against all of our nation's enemies both foreign and domestic.

It is my hope that my statement provides you a valuable point of reference relevant to his performance and invaluable contributions to our Army and the Joint community. While I am unaware of all the circumstances which led to Mike's current situation, I can say with great confidence that I have always perceived him to be a leader of character and a dependable teammate.

Please feel free to contact me with any questions or concerns at [redacted], or via email at [redacted].

Sincerely,

Bernard Brogan

18 March 2025

Dear Judge Jackson,

Bottomline Up Front: Colonel (Ret) Mike Henry is a close friend and Christian Brother. I have known Mike for fifteen years. He is one of three friends with whom I study the Bible one-on-one most weeks. The other two are a retired three-star general who has been my best friend since 1970 and a former lieutenant of mine in Germany in 1974-75. They are true friends who always have had my back.

Additionally, Mike is a board member of our very small non-profit organization, Christian Disciple Maker's Inc., which I formed in 2006. All his actions with me for the past fifteen years have been those of a very dedicated Christian professional Army Officer whom I have chosen to expend considerable thought and time upon. I have always felt that Mike Henry was a good investment. I have personally gained much from his friendship and wisdom. As a key member of one of my small Bible studies each week, I can count on Mike to do his homework, and he significantly contributes to helping us achieve each class's training objectives.

A request: Sir, I have observed over my fifteen years of close friendship with Mike Henry and his family members that our Country asked him to do too much for too long and he did it! Mike, like many other Special Operators have paid a very high price personally for their services in executing our latest twenty-year war. Therefore, I request that you consider providing both additional grace and mercy to Mike Henry in his sentencing for his previous execution of his assigned duties.

Now, some background about me: I am an eighty-year-old Colonel of Infantry who retired in 1993. I first met Colonel (Ret) Mike Henery in 2009 when he and his family started attending my weekly Bible Studies at the Protestant Chapel on Ft. Benning. Soon thereafter, I was invited to his quarters for fellowship and meals with his entire family. We have remained close friends ever since.

I was a Christian missionary to the personnel of Ft. Benning from 2006 to 2021 until COVID-19 caused me to end my Bible teaching ministry to Ft. Benning personnel and started my three weekly Zoom

**ministry Bible classes, primarily made up of former students who had passed through Ft. Benning between 2006 and 2021.**

**Very Respectively,**

Jan D. Beer

**Jan D. Beer**
**Colonel (Ret) of Infantry**
**United States Army**

23 March 2025

Greetings Judge Jackson,

The purpose of this letter is to document my experience with Colonel (Ret) Mike Henry.
I am a Methodist pastor and a retired major of infantry with twenty-four years of enlisted and commissioned service.
Colonel Henry and I first met in 2009, at the Main Post Chapel at Fort Benning, Georgia. My mentor, Colonel (Ret) Jan Beer and I had been conducting weekly Bible studies there and soldiers would come and go as their career paths brought them to Fort Benning.
At the time, I was pastor of Midway United Methodist Church in Columbus, Georgia. As I remember, Colonel Beer met with Colonel Henry and his family at their quarters for mentoring and Bible study over a period of several months. I remember Colonel Henry was an ardent student of Scripture and the things of God. A man after God's own heart and caring for all those within his sphere of influence.
During the time Colonel Henry was away from Fort Benning, he and I had little contact except via group emails maintained by Colonel Beer. However, beginning in 2022, Colonel Henry began participating in the weekly virtual Bible studies hosted by Colonel Beer and me. He has been faithful and diligent in his studies. He contributes heartfelt insights and wise counsel to our group.
Mike has shared he is about to sentenced by yourself in this federal case. I can attest this behavior is not the norm and is an exception not to be expected from him in the future. He loves the Lord, has great faith, character and integrity. His willingness in helping all those around him both with time,

compassion and finances is an example for all. He is very sincere, contrite and regrets this whole situation. His 30 years of service and sacrifice to our nation is truly outstanding. Five bronze stars and 8 hard combat deployments overseas with the nations national mission force has proven his mettle and giving spirit to our country and community. He has paid a price physically, emotionally and mentally from his service, but has overcome this through his faith in the Lord

Over the years that I have known him, he has earned a sincere personal respect from me because of his wisdom and candid humble contributions to our group. He has a profound faith in our Savior Jesus Christ and His Church. Michael understands his mistakes, demonstrates sincere regret.

I am asking for grace and mercy in your sentencing of Michael. He of course will accept and do all required by the court. He still has much to offer to our country, community and his family in his giving and caring spirit. Please be merciful and lenient in your sentencing.

I thank God for allowing Colonel Henry to return to our group and to enter into my life.

Sincerely,

Paul Buckhiester,
Pastor,
Shellman Methodist Church and Trinity Church
Shellman, Georgia

Gmail

shawn dearmin [redacted]

**Michael Henry**

1 message

sd [redacted] Tue, Mar 25, 2025 at 6:08 PM

To: shawn dearmin [redacted]

To Whom it may Concern:

I am writing a letter of character for Michael Henry, I have known Michael since 1986. I am indebted to Michael as he has dedicated his life to serving our country and its men and women like him that allow me to have the freedoms that I enjoy as an American because of the sacrifices that they are willing to make. Michael has paid the price to serve our country both physically and giving up the times he spent away from his family to be part of the military that is needed to protect and serve our country.

He is also my brother in Christ and his ethics align with Christ teachings and I would trust my life with him both physically and spiritually. Over the years that I needed a TRUE friend Michael has always been one that I have contacted first and he has always found away to connect with me and do what is needed. I hold values and ethics to the utmost highest and I am proud to call Michael my friend that I would consider as a brother, I would do anything for Michael and I ask that you take this letter as a testament that Michael was raised to love this country and has given the majority of his life to be a servant to both the United States, his family and his friends. I am proud to call him my friend and am willing to put my character under scrutiny to write this letter. This is how much I think of Michael. I can promise you that if you give Michael probation that he would continue to be an asset to his community, family and friends and will follow the guidelines and directions given.

Thank you for your consideration of my recommendation

Shawn Dearmin

[redacted]

Sanford, FL [redacted]

[redacted]

Dear Judge Jackson,

I am writing to provide character reference for Michael Henry. My name is Kristine DeVoge and I have been a Pharmacist in Virginia Beach for 27 years. I know Mike as a common friend from my neighbors, who have become trusted friends over the years. Our common friends are from the [redacted] community where he served, supported and fought with.

Michael and I have been friends for 7 to 8 years. During this time Michael has shown how selfless and kind he is by assisting me and my 2 sons while I was undergoing serious and lifesaving medical treatment and unable to drive. I have a special needs son with down syndrome, who requires constant supervision and care, which often exceeds and goes beyond my own ability due to work and health. Michael has always been so kind and generous taking us out to dinner, spending time and caring when others didn't or have time. He has always been very thoughtful, intuitive and recognized when things were challenging and gave me the much-needed encouragement and help to persevere through many difficult days.

His dedication to family and friends is unparalleled. Mike often puts the needs of his friends and family before his own. His eyes are always open to anyone in need regardless of who they are or where they are from. Mike's willingness to help everyone has made him a critical piece of our lives and others. This can be seen through the years in his dedicated service to our country. He deployed over 7 times to hard combat tours in Afghanistan, Iraqi, Syria and other locations supporting special mission units. He constantly put himself in harm's way, sacrificing his own quality in life in the future. His combat injuries still have impacts on him, yet he pushes through and still consistently helps others. I am exceptionally grateful for the support and assistance Mike has given to me and my 2 young sons. My life would look very different without him around

I respectfully ask the court to take into consideration his strong moral character and past contributions when deciding his case. This unfortunate incident is not a reflection of who Mike is and I can promise you Michael will never do anything like this again. He will respect the court's decisions, fulfill any sentence issues and continue to be a light to our community. Please show mercy and grace to him as he goes before you. Thank you for your time and consideration. Please feel free to contact me if you need any information.

Sincerely,
Kristine M. DeVoge, RPh.

March 10, 2025

Dear Judge Jackson,

My name is Bryan Harris, and I've had the privilege of knowing Michael Henry for over fifteen years. Mike and I first met through mutual friends in the Army, and our bond quickly deepened through shared values, our faith, and our shared commitment to service and community. Over the years, Mike has become one of my most trusted friends — a brother in every sense of the word.

We've served together and worked side by side in countless events and veteran support initiatives. I've witnessed firsthand Mike's deep compassion, unwavering integrity, and fierce dedication to others. He's the kind of man who shows up without being asked —whether it's to help a neighbor with a project, support a friend, or quietly offer assistance to someone in need. He leads not for recognition, but because it's simply who he is.

I understand that Michael is coming before you for sentencing. Knowing Mike, I can only believe that this situation is a rare and unfortunate misstep — completely out of character for the man I've come to respect and admire. In my experience, he's always conducted himself with honesty, humility, and strength of character.

Knowing Mike as I do, I can say with certainty that he recognizes the gravity of the situation and is deeply remorseful. I respectfully ask you to grant him the opportunity to continue serving his community from home. Mike has so much more to give, and I believe with all my heart that he will meet every condition and expectation set forth by the Court.

Sincerely,



Bryan Harris