# EXHIBIT B

# RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1.

175-02

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE (YYYYMMDD) |
|---|---|---|
| CDR, USASOC<br>FT BRAGG, NC 28310 | CDR, HHC, 75TH RANGER REGIMENT<br>FORT BENNING, GA 31905 | |

## PART I - SOLDIER DATA

| 4. NAME (Last, First, Middle Initial) | 5. RANK | 6. SSN |
|---|---|---|
| HENRY, MICHAEL L. | LTC | 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 |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| HHC, 75TH RANGER REGIMENT<br>FORT BENNING, GA 31905 | AAM-1, ARCOM-1, JSCM-1, DMSM-1, BSM-1 |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| | | a. FROM | b. TO |
| Army | MSM | 20120601 | 20130701 |

### 12. REASON FOR AWARD

| 12a. INDICATE REASON | 12b. INTERIM AWARD | 12c. POSTHUMOUS | 13. PROPOSED PRESENTATION DATE (YYYYMMDD) |
|---|---|---|---|
| PCS | YES ☐ NO ☒<br>IF YES, STATE AWARD GIVEN | YES ☐ NO ☒ | 20130702 |

## PART II - RECOMMENDER DATA

| 14. NAME (Last, First, Middle Initial) | 15. ADDRESS |
|---|---|
| EWERS, JOSEPH M. | HHC, 75th RANGER REGIMENT<br>FORT BENNING, GA 31905 |

| 16. TITLE/POSITION | 17. RANK | |
|---|---|---|
| REGIMENTAL EXECUTIVE OFFICER | LTC | |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| REGIMENTAL EXECUTIVE OFFICER | *(signed)* |

## PART III - JUSTIFICATION AND CITATION DATA (Use specific bullet examples of meritorious acts or service)

### 20. ACHIEVEMENTS

**ACHIEVEMENT #1**

LTC Henry served with distinction from 1 June 2012 to 1 July 2013, while assigned as the Regimental Signal Officer for the 75th Ranger Regiment. His knowledge of Network Topologies, ANW2C, Bandwidth Utilization, Satellites, FM, UHF, and VHF nets, as well as the operation of other ARSOF platforms were crucial to the mission's success by allowing the Regimental Commander to operate unhindered from anywhere around the globe. He continually set the example with his tireless work ethic, and outstanding leadership skills.

**ACHIEVEMENT #2**

As the senior Signal Officer for the 75th Ranger Regiment, LTC Henry's performance has been nothing short of spectacular. His synchronization with government and non-governmental agencies while serving as a Joint Special Operations Task Force J6 (JSOTF) in Afghanistan, set the conditions to meet immediate combat requirements. He was able to build critical external relationships in order to develop new signal architectures that transformed the manner in which the Regiment communicates across the network enterprise.

**ACHIEVEMENT #3**

LTC Henry proved instrumental in the conception, research, engineering and implementation the new enroute communication systems that currently reside within the 75th Ranger Regiment. He has been singularly responsible for developing new TTPs enabling high bandwidth data to be transmitted across aircraft formations with reliable redundancy via the ANW2 network. His subject matter expertise was continuously sought by other organizations for use in the Air Force's transportation fleet during real world missions.

**ACHIEVEMENT #4**

LTC Henry oversaw the development and advancement of the Common Operational Picture (COP) systems employed in both training and combat. His tireless efforts facilitated clear Situational Awareness (SA) during Forced Entry airfield seizure operations, enabling the display of COP data, with battlefield graphics, from the Joint Task Force Intermediate Staging Base, to the objective airfield, with never seen before conciseness and clarity.

### 21. PROPOSED CITATION

FOR EXCEPTIONALLY MERITORIOUS SERVICE WHILE ASSIGNED TO THE REGIMENTAL SIGNAL OFFICER FOR THE 75TH RANGER REGIMENT FROM 1 June 2012 TO 1 July 2013. LTC HENRY'S DEDICATION TO DUTY, TECHNICAL EXPERTISE, AND LEADERSHIP ARE IN KEEPING WITH THE HIGHEST STANDARDS OF THE 75TH RANGER REGIMENT. HIS ACTIONS REFLECT GREAT CREDIT UPON HIMSELF, THE 75TH RANGER REGIMENT, THE UNITED STATES ARMY SPECIAL OPERATIONS COMMAND, AND THE UNITED STATES ARMY.

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-3; the proponent agency is DCS, G-1.   SEE PRIVACY ACT STATEMENT IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (YYYYMMDD) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| HENRY, MICHAEL L | 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 | LTC | 20071221 | SC | 25A |

| g.1. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g.2. STATUS CODE | h. REASON FOR SUBMISSION |
|---|---|---|
| JOINT SPEC OPS CMD (JSOC), FT BRAGG, NC 28310 (SOCOM) | TTAD | 04 Change of Duty |

| i. PERIOD COVERED | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER'S AKO EMAIL ADDRESS (.gov or .mil) | n. UIC | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM (YYYYMMDD) | THRU (YYYYMMDD) | | | | | | | |
| 20071207 | 20080509 | 5 | | 0 | michael.henry15@us.army.mil | W4NYAA | DJ | SC01 |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| GUSTAFSON, TODD W. | 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 | LTC | CHIEF, J6 OPS | Todd W Gust... | 20080512 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| KLAUSNER, KURT A. | 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 | Col | DIR, C4 SYSTEMS (J6) | [signature] | 20080512 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS (.gov or .mil) | |
|---|---|---|---|---|
| Joint Special Operations Command FT BRAGG, NC 28310-5000 | USAF | DSN 383-8073 | klausnerk@jdi.army.mil | |

| d. This is a referred report, do you wish to make comments? | e. SIGNATURE OF RATED OFFICER | DATE (YYYYMMDD) |
|---|---|---|
| ☐ Yes, comments are attached  ☒ No | [signature] Michael L Henry | 20080512 |

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Communications Plans and Operations Officer
b. POSITION AOC/BR: 25A005P00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1.

Communications plans officer for a unique CJCS asset that plans and executes missions of the highest priority and sensitivity. Fills selectively manned joint position responsible for planning, coordinating, and directing the execution of air, land, and ship communications for joint special operations, worldwide contingency missions, and exercises. Coordinates with National Agencies, Joint Staff, Unified Commands, USSOCOM and Geographic Combatant Commands to ensure rapid, continuous, and reliable global communications. Develops and publishes communications annexes and signal operating instructions for operations orders and CONPLANS. Deploys as JSOTF J6 Director providing on-site Command and Control Communications and computers (C4) advice and expertise to the Commanding General and Task Force Commanders.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | ☒ | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | ☒ | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | ☒ | | 6. SELFLESS-SERVICE: Places Army priorities before self | ☒ | |
| 3. COURAGE: Manifests physical and moral bravery | ☒ | | 7. DUTY: Fulfills professional, legal, and moral obligations | ☒ | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | ☒ | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | ☒ 1. MENTAL Possesses desire, will, initiative, and discipline | YES ☒ NO ☐ | ☐ 2. PHYSICAL Maintains appropriate level of physical fitness and military bearing | YES ☒ NO ☐ | ☐ 3. EMOTIONAL Displays self-control; calm under pressure | YES ☒ NO ☐ |
|---|---|---|---|---|---|---|

| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | ☐ 1. CONCEPTUAL Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES ☒ NO ☐ | ☐ 2. INTERPERSONAL Shows skill with people: coaching, teaching, counseling, motivating and empowering | YES ☒ NO ☐ | ☒ 3. TECHNICAL Possesses the necessary expertise to accomplish all tasks and functions | YES ☒ NO ☐ |
|---|---|---|---|---|---|---|
| | ☒ 4. TACTICAL Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | YES ☒ NO ☐ | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING Method of reaching goals while operating / improving | ☐ 1. COMMUNICATING Displays good oral, written, and listening skills for individuals / groups | YES ☒ NO ☐ | ☒ 2. DECISION-MAKING Employs sound judgment, logical reasoning and uses resources wisely | YES ☒ NO ☐ | ☐ 3. MOTIVATING Inspires, motivates, and guides others toward mission accomplishment | YES ☒ NO ☐ |
|---|---|---|---|---|---|---|
| OPERATING Short-term mission accomplishment | ☐ 4. PLANNING Develops detailed, executable plans that are feasible, acceptable, and suitable | YES ☒ NO ☐ | ☒ 5. EXECUTING Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES ☒ NO ☐ | ☐ 6. ASSESSING Uses after-action and evaluation tools to facilitate consistent improvement | YES ☒ NO ☐ |
| IMPROVING Long-term improvement in the Army its people and organizations | ☐ 7. DEVELOPING Invests adequate time and effort to develop individual subordinates as leaders | YES ☒ NO ☐ | ☒ 8. BUILDING Spends time and resources improving teams, groups and units; fosters ethical climate | YES ☒ NO ☐ | ☐ 9. LEARNING Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES ☒ NO ☐ |

c. APFT: PASS   DATE: 20080215   HEIGHT: 70   WEIGHT: 162   YES

d. OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF CPTs, LTs, CW2s, AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?   YES ☐   NO ☒

DA FORM 67-9, MAR 2006    18 JUL 2008    PREVIOUS EDITIONS ARE OBSOLETE.    Page 1 of 2    APD PE v6.50ES

| NAME HENRY, MICHAEL L | SSN 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 | PERIOD COVERED 20071207 - 20080509 |

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE    [ ] SATISFACTORY PERFORMANCE, PROMOTE    [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE    [ ] OTHER (Explain)

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND PART Vb, DA FORM 67-9-1.**

LTC Henry did an absolutely outstanding job while serving in a difficult duty position of a Joint Special Operations Task Force J6. His leadership and technical expertise proved critical in the management of communication resources and C4ISR support for over 80 successful combat operations, meticulously synchronizing communication nets, and developing C4I Concepts of Operations for the warfighter. Mike displayed unparalleled Program Management skills, conducting a complete re-design of the Task Force JOC, improving the situational awareness for the command. He recognized shortfalls, developed a plan to fix the shortfalls and coordinated for resources to make the major redesign of the communications room and the entire Joint Operations Center. This effort ensured all the Task Force networks were installed and operational with no negative mission impact. Mike proved essential as the Task Force expanded to new Forward Operating Bases, coordinating with Signal Units, 4 battlespace owners and re-allocating his Task Force's equipment ensuring that timely robust communications were available in support of critical combat operations of national significance. LTC Henry is one of the most tactically proficient officers in the command. I only assign the most difficult tasks to him; he consistently delivers results.

**c. COMMENT ON POTENTIAL FOR PROMOTION.**

Promote to Colonel first look. Absolute must for Battalion Command and Senior Service College.

**d. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Leadership and technical expertise during combat operations. Expert on JTF C4I systems. Would best serve in OPCF/25.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

[X] BEST QUALIFIED    [ ] FULLY QUALIFIED    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

I currently senior rate 1 officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

CENTER OF MASS

RO: LTC HENRY MICHAEL L
583673500

SR: COL KLAUSNER KURT A
348565811

DATE: 2008 07 18

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

Incredible performance. LTC Mike Henry established himself in the top 5% of all signal officers who have served as Task Force J6s in the past 24 months. Exceptionally talented soldier, leader and communicator. Through Mike's leadership, the command improved the communications architecture significantly over the past six months. His direction on all network operations functions resulted in improved reliability of C4I enterprise which is vital to the mission success of this Special Operations Task Force. A steady hand when the pressure is on, Mike continues to improve our systems and he mentored a new stable of young officers to carry the fight. Unlimited potential. Select for Battalion Command; he will excel. Promote to Colonel and send to SSC immediately after command.

**d. LIST THREE FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Battalion Commander, Deputy Brigade Commander, Brigade S3

DA FORM 67-9, MAR 2006    Page 2 of 2    APD PE v6.50ES

3

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO)
SEE PRIVACY ACT STATEMENT IN AR 623-3

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (YYYYMMDD) | e. BRANCH | f. SPECIALTY/PMOS (WO) |
|---|---|---|---|---|---|
| HENRY, MICHAEL L. | 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 | MAJ | 20010627 | SC | 25A |

| g.1. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | g.2. STATUS CODE | h. REASON FOR SUBMISSION |
|---|---|---|
| JOINT SPEC OPS CMD (JSOC), FT BRAGG, NC 28310 (SOCOM) | RC | 04 Change of Duty |

| i. PERIOD COVERED | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER'S AKO EMAIL ADDRESS (.gov or .mil) | n. UIC | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM (YYYYMMDD) | THRU (YYYYMMDD) | | | | | | | |
| 20060821 | 20070102 | 4 | | | michael.henry15@us.army.mil | W4NYAA | DJ | SC01 |

## PART II - AUTHENTICATION
(Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| GUSTAFSON, TODD W. | 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 | LTC | CHIEF, J6 OPS | /s/ Todd W Gustafson | 20070105 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|---|---|
| KLAUSNER, KURT A. | 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 | Col | DIR C4 SYSTEMS (J6) | /s/ Kurt Klausner | 20070105 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS (.gov or .mil) |
|---|---|---|---|
| JOINT SPECIAL OPERATIONS COMMAND FORT BRAGG, NORTH CAROLINA 28310-5000 | USAF | DSN 383-8073 | klausnerk@jdi.army.mil |

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached [X] No

e. SIGNATURE OF RATED OFFICER: /s/ Michael L. Henry   DATE (YYYYMMDD): 20070105

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: COMMUNICATIONS PLANS AND OPERATIONS OFFICER
b. POSITION AOC/BR: 25A005P00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1.

Communications plans officer for a unique CJCS asset that plans and executes missions of the highest priority and sensitivity. Fills selectively manned joint position responsible for planning, coordinating, and directing the execution of air, land, and ship communications for joint special operations, worldwide contingency missions, and exercises. Coordinates with National Agencies, Joint Staff, Unified Commands, USSOCOM and Geographic Combatant Commands to ensure rapid, continuous, and reliable global communications. Develops and publishes communications annexes and signal operating instructions for operations orders and CONPLANs. Deploys as JSOTF J6 Director providing on-site Command and Control Communications and Computers (C4) advice and expertise to the Commanding General and Task Force commanders.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "NO" entries.

| b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics | 1. MENTAL – Possesses desire, will, initiative, and discipline | YES / NO: YES | [X] 2. PHYSICAL – Maintains appropriate level of physical fitness and military bearing | YES / NO: YES | 3. EMOTIONAL – Displays self-control; calm under pressure | YES / NO: YES |
|---|---|---|---|---|---|---|

| b.2 SKILLS (Competence) (Select 2) Skill development is part of self-development; prerequisite to action | 1. CONCEPTUAL – Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES | 2. INTERPERSONAL – Shows skill with people: coaching, teaching, counseling, motivating and empowering | YES | [X] 3. TECHNICAL – Possesses the necessary expertise to accomplish all tasks and functions | YES |
|---|---|---|---|---|---|---|
| | [X] 4. TACTICAL – Demonstrates proficiency in required professional knowledge, judgment, and warfighting | YES | | | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING – Method of reaching goals while operating / improving | [X] 1. COMMUNICATING – Displays good oral, written, and listening skills for individuals / groups | YES | 2. DECISION-MAKING – Employs sound judgment, logical reasoning and uses resources wisely | YES | 3. MOTIVATING – Inspires, motivates, and guides others toward mission accomplishment | YES |
|---|---|---|---|---|---|---|
| OPERATING – Short-term mission accomplishment | 4. PLANNING – Develops detailed, executable plans that are feasible, acceptable, and suitable | YES | [X] 5. EXECUTING – Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES | 6. ASSESSING – Uses after-action and evaluation tools to facilitate consistent improvement | YES |
| IMPROVING – Long-term improvement in the Army its people and organizations | 7. DEVELOPING – Invests adequate time and effort to develop individual subordinates as leaders | YES | [X] 8. BUILDING – Spends time and resources improving teams, groups and units; fosters ethical climate | YES | 9. LEARNING – Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES |

c. APFT: PASS   DATE: 20060627   HEIGHT: 70   WEIGHT: 160   YES

d. OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF CPTs, LTs, CW2s, AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES / NO / [X]

DA FORM 67-9, MAR 2006    PREVIOUS EDITIONS ARE OBSOLETE.    Page 1 of 2
APD PE v3.01ES

NAME: HENRY, MICHAEL L.    SSN: 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    IQD COVERED: 20060821 – 20070102

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE  [ ] SATISFACTORY PERFORMANCE, PROMOTE  [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE  [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-9 AND PART IVa, b. AND PART Vb, DA FORM 67-9-1.

MAJ Henry's performance has been absolutely outstanding, especially during his deployment as a Special Operations Task Force J6 in Afghanistan. He led and directed the C4ISR support for over 300 successful combat operations. Mike meticulous planned each operation with an integrated supporting C4I CONOPS with synchronized air, ground and ISR assets. He deployed a no-notice robust communications package in support of a highly sensitive operation, over 900 miles from the nearest task force operating base. He planned and executed communications support for a no notice hostage rescue mission that was executed flawlessly. Mike supported over 1300 successful VTCs for the task force throughout his deployment. He led the execution of several Automated Information System (AIS) efforts to include CAC implementation on NIPRNET and Windows 2000 to Windows XP migration. Mike possesses the rare aptitude to fully understand an operational and tactical requirement and translate it, through detailed preparation, into a flexible, robust C4I capability. MAJ Henry is a gifted leader who always makes positive things happen.

c. COMMENT ON POTENTIAL FOR PROMOTION.

Promote early to LTC - must select for Battalion Command. Send to SSC at the first opportunity.

d. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Superb operational communications planner. Expert in tactical special operations communications. He is also an expert in the JTF and JSOTF DoD C4 Architecture Framework. Would serve the Army best in OPCF/25.

## PART VI – INTERMEDIATE RATER

## PART VII – SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED  [ ] FULLY QUALIFIED  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

I currently senior rate 1 officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA) USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

CENTER OF MASS

RO: MAJ HENRY MICHAEL L  583673500
SR: COL KLAUSNER KURT A  348565811
DATE: 2007 05 09
TOTAL RATINGS: 3
RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

MAJ Michael Henry is an absolute superstar. He is a natural leader who thrives under pressure, and excelled as the Task Force J6 in Afghanistan. Mike quickly translates operational requirements into communications capabilities. He is a meticulous communications planner that achieves superb results. Mike's possesses an impressive grasp of the complex, tactical and joint communications required to support the task force. An absolute must select BZ for Lieutenant Colonel. Select for tacticl battalion command or the most difficult Division G6 position. Send to SSC immediately after command.

d. LIST THREE FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Battalion S3/XO, Brigade S3, Battalion Commander
Will serve Army best in OPCF/25.

DA FORM 67-9, MAR 2006    Page 2 of 2
APD PE v3.01ES

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO)
Protected by Privacy Act of 1974.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year/Month/Day) | e. BRANCH | f. DESIGNATED SPECIALTIES |
|---|---|---|---|---|---|
| HENRY, MICHAEL L. | 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 | MAJ | 2001 06 27 | SC | 25A |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: JOINT SPECIAL OPERATIONS CMD, (JSOC) FORT BRAGG, NC 28310 (SOCOM)

h. REASON FOR SUBMISSION: 04 CHANGE OF DUTY

| i. PERIOD COVERED FROM | THRU | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| 2005 10 11 | 2006 02 08 | 4 | | | 1. Given to Officer / 2. Forwarded to Officer — 08 FEB 06 | | DJ | SC01 |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ARNOLD, JOHN K. | 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 | LTC | CHIEF, J6 OPS | /signed/ | 9 FEB 06 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| BROWN, JAMES D. | 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 | Col | Dir, C4I Systems (J6) | /signed/ | 9 FEB 06 |

SENIOR RATER'S ORGANIZATION: JOINT SPECIAL OPERATIONS COMMAND, FORT BRAGG, NC 28310
BRANCH: USAF
SENIOR RATER TELEPHONE NUMBER: DSN: 383-0570
E-MAIL ADDRESS: brownjd@jdi.army.mil

d. This is a referred report, do you wish to make comments? [ ] Yes, comments are attached  [X] No
e. SIGNATURE OF RATED OFFICER: /signed/  DATE: 9 FEB 06

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Combat Plans and Operations Officer
b. POSITION ACCR/BR: 25C005P00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Communications plans officer for a unique CJCS asset that plans and executes missions of the highest priority and sensitivity. Fills selectively manned joint position responsible for planning, coordinating, and directing the execution of air, land, and ship communications for joint special operations, worldwide contingency missions, and exercises. Coordinates with National Agencies, Joint Staff, Unified Commands, USSOCOM and Geographic Combatant Commands to ensure rapid, continuous, and reliable global communications. Develops and publishes communications annexes and signal operating instructions for operations orders and CONPLANs. Deploys as JSOTF J6 Director providing on-site Command and Control Communications and Computers (C4) advice and expertise to the Commanding General and Task Force commanders.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "NO" entries.

**b.1. ATTRIBUTES (Select 1)** — Fundamental qualities and characteristics

| [X] 1. MENTAL — Possesses desire, will, initiative, and discipline | [ ] YES [ ] NO | 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing | [X] YES [ ] NO | 3. EMOTIONAL — Displays self-control; calm under pressure | [X] YES [ ] NO |

**b.2 SKILLS (Competence) (Select 2)** — Skill development is part of self-development; prerequisite to action

| 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | [X] YES [ ] NO | [X] INTERPERSONAL — Shows skill with people: coaching, teaching, counseling, motivating and empowering | [X] YES [ ] NO | 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | [X] YES [ ] NO |
| [X] TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | [X] YES [ ] NO |

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

INFLUENCING — Method of reaching goals while operating / improving

| [X] COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | [X] YES [ ] NO | [X] DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | [X] YES [ ] NO | 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | [X] YES [ ] NO |

OPERATING — Short-term mission accomplishment

| 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | [X] YES [ ] NO | [X] EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | [X] YES [ ] NO | 6. ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | [X] YES [ ] NO |

IMPROVING — Long-term improvement in the Army, its people and organizations

| 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | [X] YES [ ] NO | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | [X] YES [ ] NO | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading | [X] YES [ ] NO |

c. APFT: PASS    DATE: MAY 2005    HEIGHT: 71    WEIGHT: 175    YES

d. OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF CPTs, LTs, CW2s, AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? [ ] YES [ ] NO [X] N/A

DA FORM 67-9, DEC 2004    REPLACES DA FORM 67-9, OCT 97, WHICH IS OBSOLETE.    APD V1.00

| NAME HENRY, MICHAEL L. | SSN 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 | PERIOD COVERED 20051011 – 20060208 |
|---|---|---|

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE  [ ] SATISFACTORY PERFORMANCE, PROMOTE  [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE  [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

MAJ Henry's performance was truly outstanding. Mike's accomplishments as the J6 Director for a Joint Interagency Task Force in Iraq were absolutely exceptional. He effortlessly pushed the C4I support to the JIATF to new levels of accomplishment. His superior efforts facilitated the collaboration among national and Joint Task Force operations and intelligence organizations allowing the successful execution of numerous missions against large, complex terrorist networks in the Middle East. Mike possesses the rare aptitude to fully understand an operational requirement and translate it, through detailed preparation, into a flexible, robust C4I capability. His talent extended beyond the military participants in the JIATF as he provided planning and communications support to every government agency represented. He single-handedly streamlined the many disparate networks. At the conclusion of his tour in Iraq, he left comprehensive C4I capabilities for the JIATF enabling the capture/kill of multiple terrorists. His tactical acumen provided an invaluable resource to the associated units to leverage his expertise across the battlefield. He was often a member of survey and assessment teams traveling throughout Iraq to plan for additional command and control nodes or integrate existing task forces into the already robust architecture. Mike's efforts were consistently thorough and accurate without question - evident in the rapid establishment of multiple brigade and division Intelligence Fusion Cells. During his deployment he maintained a score of 299 points on the APFT. A true asset in the war on terrorism, his motivation, leadership, and technical skills are without peer.

Definitely promote early to LTC. After attendance to resident ISS, assign as a tactical signal battalion commander.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Recognized expert in interagency communications planning.
Officer would serve the Army best in OPCF/25.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED  [ ] FULLY QUALIFIED  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

I currently senior rate ___1___ officer(s) in this grade. A completed DA Form 67 9-1 was received with this report and considered in my evaluation and review. [X] YES  [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA) USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

CENTER OF MASS

RO: MAJ HENRY MICHAEL L
583673500

SR: COL BROWN JAMES D
265391360

DATE: 2006 08 22

TOTAL RATINGS: 3

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

Outstanding leader, soldier and top 1% of Army signal officers. MAJ Mike Henry's impressive communications expertise, leadership, and energy made him an invaluable asset to special operations forces engaged in Operation IRAQI FREEDOM. Mike was able to propel the interagency communications architecture into the 21st Century. His work in the interagency task force in Iraq significantly contributed to the demise of terrorist networks throughout that country and its neighbors. A true tactical signal warrior, Mike was critical to the establishment of numerous Intelligence Fusion Cells throughout Iraq. His efforts in extending robust C4I to these new locations directly contributed to the success of countless missions. Place in battalion command and groom for more senior positions...he will excel. Absolutely select for Senior Service College after promoting early to LTC.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Battalion Commander; Deputy Brigade Commander; Brigade S3
Would serve the Army best in OPCF/25.

DA FORM 67-9, DEC 2004 (Reverse)  APD V1.00

## PART I - ADMINISTRATIVE DATA

| Field | Value |
|---|---|
| a. NAME (Last, First, Middle Initial) | HENRY, MICHAEL L. |
| b. SSN | 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 |
| c. RANK | MAJ |
| d. DATE OF RANK | 2001 06 27 |
| e. BRANCH | SC |
| f. DESIGNATED SPECIALTIES | 25A |
| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | U.S. JOINT FORCES COMMAND, USA ELE (AUG), NORFOLK, VA 23551 (W7TCAA) |
| h. REASON FOR SUBMISSION | 05 Annual |
| i. PERIOD COVERED FROM | 2001 03 05 |
| THRU | 2002 03 04 |
| j. RATED MONTHS | 12 |
| m. RATED OFFICER COPY | X 1. Given to Officer |
| Date | 18 MAY |
| n. PSB INITIAL | (R) |
| o. CMD CODE | HR |

### PART II - AUTHENTICATION

| a. NAME OF RATER | SSN | RANK | POSITION | DATE |
|---|---|---|---|---|
| MCCULLOUGH, BERNARD J. | 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 | CAPT | CH, CUR OPNS/USN | 27 MAR 02 |
| b. NAME OF INTERMEDIATE RATER | | | | |
| c. NAME OF SENIOR RATER | SSN | RANK | POSITION | DATE |
| MOORE, THOMAS L. JR. | 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 | BGEN | DIR, OPS & PLANS | 25 MAR 02 |

SENIOR RATER'S ORGANIZATION: U.S. JOINT FORCES COMMAND, NORFOLK, VA 23551
BRANCH: USMC
SENIOR RATER TELEPHONE NUMBER: 757-836-7600
E-MAIL ADDRESS: mooretl@jfcom.mil
SIGNATURE OF RATED OFFICER DATE: 27 mar 02

### PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Joint Force Provider
b. POSITION AOC/BR: 01A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES: Action officer for Military Assistance to Civilian Authorities (MACA) in the Operations Directorate of a Unified Command. Responsible for coordinating the deployment and operations of assigned military forces for domestic disaster relief and military support to federal agencies. Develops and staffs deployment and execution orders to accomplish SECDEF directed operations in support of civilian authorities. At the Unified Command level, coordinates logistical support and command and control architecture for deploying USJFCOM forces. Interfaces with members of the Joint Staff, the Director of Military Support, USJFCOM Components and interagency organizations to ensure mission accomplishment. Recommends updates to standing MACA contingency plans.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER: Disposition of the leader: combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES**

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR | X | | 5. RESPECT | X | |
| 2. INTEGRITY | X | | 6. SELFLESS-SERVICE | X | |
| 3. COURAGE | X | | 7. DUTY | X | |
| 4. LOYALTY | | | | X | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS**

b.1. ATTRIBUTES (Select 1): [X] MENTAL [NO]; 2. PHYSICAL [NO]; 3. EMOTIONAL [NO]

b.2. SKILLS (Competence) (Select 2): [X] CONCEPTUAL [NO]; 2. INTERPERSONAL [NO]; [X] TECHNICAL [NO]; 4. TACTICAL [NO]

b.3. ACTIONS (LEADERSHIP) (Select 3):
- INFLUENCING: [X] COMMUNICATING [NO]; [X] DECISION-MAKING [NO]; 3. MOTIVATING [NO]
- OPERATING: [X] PLANNING [NO]; 5. EXECUTING [NO]; 6. ASSESSING [NO]
- IMPROVING: 7. DEVELOPING [NO]; 8. BUILDING [NO]; 9. LEARNING [NO]

c. APFT: PASS    DATE: NOV 01    HEIGHT: 70    WEIGHT: 145    YES

d. JUNIOR OFFICER DEVELOPMENT - WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? [X] N/A

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V1.00

JUL 08 2002

NAME: HENRY, MICHAEL E.   SSN: 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   PERIOD COVERED: 20010305 - 20020304

### PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE
[ ] SATISFACTORY PERFORMANCE, PROMOTE
[ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE
[ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVe, b, AND c DA FORM 67-9.1.

A stellar performance by a bright, motivated and talented officer. MAJ Henry consistently contributed to the overall success of support missions executed by the J33 and he diligently ensured operations were properly coordinated, resourced and planned. His most significant accomplishment over the past year was the planning and execution effort related to DOD's support for the 2002 Winter Olympics in Salt Lake City (SLC), UT. Major Henry led C4I planning for all facets of DOD involvement in SLC and he successfully integrated equipment and requirements at the Federal, State and local level in support of JFCOM's Joint Task Force - Olympics to ensure adequate systems were in place to support both routine and contingency missions. He also played a key role in the development of contingency plans for DOD's response by spearheading a contingency planning conference which initiated Service and JFCOM component planning for CBRNE, MACDIS and disaster relief operations. Mike's initiative, coupled with his technical knowledge and understanding of the joint planning process, always resulted in superior planning and operational orders for component execution. On the operational side, Mike was on tour during the events of September 11th and played a key role in JFCOM's Joint Operations Center as an operations officer. In a rapidly changing and fluid environment, he translated minimum guidance into executable orders to initiate and prepare JFCOM responses to New York City and the Pentagon. A multi-talented officer with unique operational and technical skills, Major Henry has always been an asset to this organization and he has a bright future in the U.S. Army. Select for resident CGSC, promotion and battalion command at the first opportunity.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

### PART VI - INTERMEDIATE RATER

### PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED  [ ] FULLY QUALIFIED  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

I currently senior rate ___9___ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review   [X] YES   [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

[ ABOVE CENTER OF MASS ]

RO: MAJ HENRY MICHAEL L
583673500

SR: BGEN MOORE THOMAS L JR
567052551

DATE: 2002 07 08

TOTAL RATINGS: 4

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

Outstanding performance with unlimited potential; ranks in the top 2 of 9 rated majors. Major Henry played a key role in the J3 over the last year as a planner for the Winter Olympics and an executor during crisis response following the events of September 11th. He is an exceptionally talented officer with the leadership and operational traits to succeed at any level. He has excelled in the rapidly changing, and often stressful environment of the Current Operations Directorate of a Joint command and is someone that can be counted on to get the job done right. A must select for Lieutenant Colonel and battalion command.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Battalion Commander, Battalion S-3/XO, Brigade Signal Officer

DA FORM 67-9, OCT 97 (Reverse)   USAPA V1.00

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. BRANCH | f. DESIGNATED SPECIALTY |
|---|---|---|---|---|---|
| HENRY, MICHAEL, L | 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 | CPT | 1993 07 01 | SC | 25C5P |

| g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| U. S. JOINT FORCES COMMAND, NORFOLK, VA 23551-2488 | 05 Annual |

| i. PERIOD COVERED | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|
| FROM 2000 02 12 THRU 2001 02 11 | 12 | | 0 | 1. Given to Officer / 2. Forwarded to Officer — 15 Feb 01 | AGC | JA | TD11 |

## PART II - AUTHENTICATION

| a. NAME OF RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| BOSTON, TERRY P. | 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 | LCOL | CHIEF, TAC COMMS | /s/ Terry P. Boston | Undated |
| b. NAME OF INTERMEDIATE RATER | | | | | |
| c. NAME OF SENIOR RATER | | | | | |
| BELL, ANTHONY W., JR. | 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 | BG | DIR, C4 SYSTEMS | /s/ Anthony W. Bell | 11 FEB 2001 |

SENIOR RATER'S ORGANIZATION: U. S. JOINT FORCES COMMAND NORFOLK, VA 23551-2488
BRANCH: USAF
SENIOR RATER TELEPHONE NUMBER: DSN 836-5872
E-MAIL ADDRESS: bell@jfcom.mil

Signature of Rated Officer: /s/ Michael L Henry — Undated

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: CHIEF, JOINT C-E PLANS BRANCH
b. POSITION AOC/SSI: 25A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES:
Reviews the C4 annexes of OPORDS/OPLANS/FUNCPLANS/CONPLANS for U. S. Joint Forces Command, sub-unified, and component commands. Plans, coordinates and develops communications-electronics plans to support U. S. Joint Forces Command operations and exercises. Assists supporting sub-unified commands and JTFs in developing their C4 contingency plans. Functions as the J6 representative to the U. S. Joint Forces Command Joint Planning Group (JPG) during contingencies and exercises. Serves as the Reserve Coordinator for the Tactical Communications Division and as the Joint Operations Center (JOC) communications watch officer/staff planner on the U. S. Joint Forces Command Crisis Response Cell (CRC), as required.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER: Disposition of the leader: combination of values, attributes, and skills affecting leader actions

### a. ARMY VALUES

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR | X | | 5. RESPECT | X | |
| 2. INTEGRITY | X | | 6. SELFLESS-SERVICE | X | |
| 3. COURAGE | X | | 7. DUTY | X | |
| 4. LOYALTY | | | | X | |

### b. LEADER ATTRIBUTES / SKILLS / ACTIONS

b.1. ATTRIBUTES (Select 1)
| 1. MENTAL | X / NO | 2. PHYSICAL | NO | 3. EMOTIONAL | NO |

b.2. SKILLS (Competence) (Select 2)
| 1. CONCEPTUAL | X / NO | 2. INTERPERSONAL | NO | 3. TECHNICAL | X / NO |
| 4. TACTICAL | NO | | | | |

b.3. ACTIONS (LEADERSHIP) (Select 3)

INFLUENCING:
| 1. COMMUNICATING | X / NO | 2. DECISION-MAKING | NO | 3. MOTIVATING | NO |

OPERATING:
| 4. PLANNING | X / NO | 5. EXECUTING | X / NO | 6. ASSESSING | NO |

IMPROVING:
| 7. DEVELOPING | NO | 8. BUILDING | NO | 9. LEARNING | NO |

c. APFT: PASS   DATE: NOV 2000   HEIGHT: 70   WEIGHT: 144   YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? — YES / NO / X (N/A)

DA FORM 67-9, OCT 97   REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97   USAPA V1.00

05 MAR 2001

10

| NAME | SSN | PERIOD COVERED |
|---|---|---|
| HENRY, MICHAEL, L | 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 | 20000212 — 20010211 |

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE
[ ] SATISFACTORY PERFORMANCE, PROMOTE
[ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE
[ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Cpt Henry contributed far more than his rank and billet responsibilities required, as the USJFCOM C4 Plans officer. As the J6 planning lead for exercise Top Off - the first congressionally mandated, no notice, multiagency Consequence Management (CoM) exercise in which USJFCOM employed the JTF-Civil Support - he liaisoned with external organizations/agencies, led C4 mission and Course of Action (COA) analysis, developed the communications Annex to the FUNCPLAN, oversaw implementation of communications architecture, and participated in after action events. His actions were instrumental in developing and implementing the communications architecture to support CoM operations and in establishing successful working relationships with the Lead Federal Agency (LFA) and other DoD and Federal agencies where none previously existed - both major exercise objectives. He also developed the communications plan in support of the Kursk Russian submarine rescue effort; demonstrating his significant knowledge of communications by advocating a mix of commercial and tactical assets appropriate for use in the difficult polar environment. While the rescue effort was not executed, the JTF J6 adopted the plan while preparing for the mission. Finally, as the lead in the on-going XIX Olympics support planning effort, he received positive feedback from numerous, key external agency representatives on his professionalism and level of knowledge. Successful and continuous communications to higher, adjacent and supporting commands during all these events, would not have occurred without his diligence, attention to detail, level headedness, and leadership ability. Self-assured and ever reliable, he is senior signal officer material; his potential is unlimited. Promote now. His demonstrated potential makes him a prime candidate for battalion XO or S-3 and selection to resident Army Command and General Staff College - I recommend him wholeheartedly for both. A fire-and-forget weapon who hits his target every time.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Would serve the Army best in OPCF/25.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED   [ ] FULLY QUALIFIED   [ ] DO NOT PROMOTE   [ ] OTHER (Explain below)

I currently senior rate _1_ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES  [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)
HQDA COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**CENTER OF MASS**

RO: CPT HENRY MICHAEL L
583673500

SR: BG BELL ANTHONY W JR
207364246

DATE: 2001 03 05

TOTAL RATINGS: 1
RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

Cpt Henry should be wearing major's insignia. He has repeatedly demonstrated a level of knowledge, professionalism and leadership commensurate with that rank and worthy of emulation. He has set the bar for operational planning at this command at record level; and is leaving USJFCOM a legacy of Command, Control, Communications, and Computer Systems (C4) architectural plans that provide a solid foundation upon which to support crisis and contingency response. Impressive in action and deed, his future is boundless. This officer is a must select for CGSC, immediate promotion, and further grooming for battalion S3 and XO positions at the division level.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Division signal battalion S3/XO, Joint special operations signal officer, White House Communications staff officer. Would serve the Army best in OPCF/25.

DA FORM 67-9, OCT 97 (Reverse)       Supplementary Review Performed by Originating Command       USAPA V1.00
08 Mar 01 cdl